154 A.3d 680

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MAX YVES MERLAIN (A/K/A MAX MERLAIN),
DEFENDANT-PETITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003775-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 681

PETER LARRY STONE, PLAINTIFF-PETITIONER, v. THE NEW JERSEY ADMINISTRATIVE OFFICE OF THE COURTS, VICINAGE 1 OF THE SUPERIOR COURT, THE STATE OF NEW JERSEY, DEFENDANTS-RESPONDENTS.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000703-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.